1
2
3
4
5

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| DREAMDEALERS USA, LLC dba EXOTICS RACING, | 2:13-CV-1605 JCM (VCF) |
|---|---|
| Plaintiff(s), | |
| v. | |
| LEE POH SUN aka JAMES LEE POH SUN, | |
| Defendant(s). | |

**ORDER**

Presently before the court are Magistrate Judge Ferenbach's report and recommendation. (Doc. # 25). Although the report and recommendation were filed in this case heading, they refer to motions that were filed in another action, *Sun v. Dreamdealers USA*, case no. 2:13-cv-1605-JCM-VCF. That matter has since been consolidated into the instant case, *Dreamdealers v. Sun*, case no. 2:13-cv-373-JCM-VCF.

The court notes that the exact same report and recommendation were filed in the sister action, and were thereafter adopted by this court. (Doc. # 30). Accordingly, the court adopts the instant report and recommendation as doing so is consistent with the order entered in the sister action.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Magistrate Judge Ferenbach's report and recommendation (doc. # 25) be, and the same hereby are, ADOPTED.

DATED August 12, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -